UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| THOMAS RESOURCES, LLC, ET AL | : | NO. 2:24-CV-00952-JDC-TPL |
| | : | |
| VERSUS | : | JUDGE JAMES D. CAIN, JR |
| | : | |
| CRIMSON EXPLORATION OPERATING, INC. ET AL | : | MAGISTRATE JUDGE THOMAS P. LEBLANC |

## ORDER

Considering the Stipulation and Partial Consent Judgment filed by Plaintiffs, THOMAS RESOURCES, L.L.C., HELEN THOMAS GLADDEN, RACHEL HELEN THOMAS and CHARLOTTE THOMAS LANDRY, and Defendant, EXXONMOBIL OIL CORPORATION:

**IT IS HEREBY ORDERED** that Defendant, EXXONMOBIL OIL CORPORATION, maintains and seeks a ruling from this Court on the threshold ground of its Motion to Dismiss that the Petition for Damages filed by Plaintiffs, THOMAS RESOURCES, L.L.C., HELEN THOMAS GLADDEN, RACHEL HELEN THOMAS and CHARLOTTE THOMAS LANDRY, should be dismissed in its entirety for failure to plead with sufficient particularity.

**IT IS FURTHER HEREBY ORDERED** that in the event that the Court does not grant the Motion to Dismiss the Petition for Damages in its entirety for failure to plead with sufficient particularity the Petition, the following claims of Plaintiffs, THOMAS RESOURCES, L.L.C., HELEN THOMAS GLADDEN, RACHEL HELEN THOMAS and CHARLOTTE THOMAS LANDRY, be and are hereby dismissed **without prejudice** as to Defendant, EXXONMOBIL OIL CORPORATION:

1. All claims and/or causes of action for claims based on Restatement (Second) of Torts, Sec. 324A;

2. All claims and/or causes of action for fraud;

3. All claims and/or causes of action for failure to provide notice pursuant to La. C.C. art. 2688.

**IT IS FURTHER ORDERED** that the following claims of Plaintiffs, THOMAS RESOURCES, L.L.C., HELEN THOMAS GLADDEN, RACHEL HELEN THOMAS and CHARLOTTE THOMAS LANDRY, be and are hereby dismissed **<u>with prejudice</u>** as to Defendant, EXXONMOBIL OIL CORPORATION:

1. Any claims and/or causes of action for continuing tort, continuing trespass, and continuing nuisance;

2. All claims and/or causes of action for all claims under La. C.C. art. 667 and/or La. Mineral Code art. 11 insofar as such claims accrued after April 16, 1996, with Plaintiffs reserving and maintaining their claims under La. C.C. art. 667 and/or Mineral Code art. 11 insofar as such claims arise under the pre-1996 versions of said statutes;

3. Any claims and/or causes of action for civil fruits/storage costs;

4. All claims and/or causes of action for unjust enrichment;

5. Any claims and/or causes of action for punitive damages under former La. C.C. art. 2315.3; and

6. All "stand alone" claims under La. R.S. 30:29, as the parties agree that this statute is procedural in nature and affords no affirmative cause of action herein.

**IT IS FURTHER ORDERED** that Exxon's Rule 12(b)(6) Motion to Dismiss relative to Plaintiffs' claims under C.C. art. 667 and/or La. Mineral Code art. 11 insofar as such claims

arise under the pre-1996 versions of said statutes is withdrawn without prejudice to reassert same at a later date.

THUS DONE AND SIGNED in Chambers this 27th day of September, 2024.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

3